**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BOBBY DARRELL COLBERT, | No. 09-35537 |
| Petitioner - Appellant, | D.C. No. 2:08-cv-00870-RSL |
| v. | |
| JIM MCDONALD, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, Chief District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Washington state prisoner Bobby Darrell Colbert appeals pro se from the

district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Colbert contends that the trial court's denial of his motion to sever the two unrelated rape charges for trial denied his due process right to a fair trial. We do not reach the merits of this claim, however, because Colbert failed to exhaust it in state court. *See* 28 U.S.C. § 2254(b)(1)(A); *see also Hiivala v. Wood*, 195 F.3d 1098, 1106-07 (9th Cir.1999); *Baldwin v. Reese*, 541 U.S. 27, 32 (2004).

**AFFIRMED.**